UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 05-CR-80487
    HON. GEORGE CARAM STEEH

LOUIS PARR
a/k/a RICTO HAGWOOD,

    Defendant.
_____/

ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS (#14)

    For the reasons stated on the record at a September 1, 2005 hearing on defendant Louis Parr's motion to suppress evidence seized as the result of a warrantless entry into a residence at 5231 Pacific in Detroit, Michigan, and on proofs submitted by the government of exigent circumstances of public and officer public safety, and hot pursuit, overcoming the presumption of an unlawful entry into the home, defendant's motion is hereby DENIED. See United States v. Santana, 427 U.S. 38 (1976); United States v. Rohrig, 98 F.3d 1506, 1515, 1517 (6th Cir. 1996); O'Brien v. City of Grand Rapids, 23 F.3d 990, 999-1000 (6th Cir. 1994).

    SO ORDERED.

    s/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

Dated: September 2, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 2, 2005, by electronic and/or ordinary mail.

<pre>                              s/Josephine Chaffee
                              Secretary/Deputy Clerk</pre>