UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Case No. 05-CR-80487
                                         HON. GEORGE CARAM STEEH

LOUIS PARR
a/k/a RICTO HAGWOOD,

    Defendant.
_____/

ORDER DENYING DEFENDANT'S MOTION (#15)
FOR NOTICE OF FRE 404(b) EVIDENCE AS MOOT

    Defendant Louis Parr moves for notice under Federal Rule of Evidence 404(b) of similar act evidence the government intends to use against him at trial on one count of felon in possession of a firearm, 18 U.S.C. § 922(g)(1).  The government responds that it has provided defense counsel with a copy of defendant's criminal record, and will provide further reasonable notice if the government later determines it intends to introduce additional Rule 404(b) evidence.  Accordingly,

    Defendant's motion for notice of Rule 404(b) evidence is hereby DENIED as MOOT.

    SO ORDERED.

                                                     s/George Caram Steeh
                                                     GEORGE CARAM STEEH
                                                     UNITED STATES DISTRICT JUDGE

Dated:  September 2, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 2, 2005, by electronic and/or ordinary mail.

s/Josephine Chaffee
Secretary/Deputy Clerk
